

The Hon. John A. Ross
Senior United States District Judge
Thomas F. Eagleton U.S. Courthouse
U.S. District Court for the Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

Re:   United States v. Olinger, 4:23-CR-00349 (JAR)

Your Honor:

I am the Head of the U.S. Office of Compliance for Bayer U.S., LLC, and submit this victim impact statement on behalf of Bayer U.S., LLC, and Bayer Crop-Science LP (collectively, "Bayer"), the primary financial victim in this case. I have had the opportunity to review the Information, plea agreement and related documents in this matter. Bayer is in full support of a restitution order in the amount of $280,000. We respectfully defer to your Honor's discretion as far as a term of incarceration and the other elements of the sentence.

As your Honor is aware, the Defendant conducted and concealed this fraud over eight years and used his managerial position and the trust that came with it to engage in various methods and schemes to enrich himself at Bayer's expense, as detailed in the Information. Once we discovered his fraud, employees in various departments spent hundreds of hours, alongside outside counsel, investigating its breadth as well as addressing and remediating the damage done by the Defendant.

While it is highly unusual for Bayer to discover a fraud of this magnitude within its own ranks, Bayer recognizes that our law enforcement partners have extensive obligations and competing priorities. Bayer is deeply grateful for the time and resources devoted to this matter by the FBI and the U.S. Attorney's Office for the Eastern District of Missouri. Without their dedication and professionalism, this matter would not have been prosecuted in such an efficient and effective manner. To that end, we also thank this Court for its time, attention, and care in resolving this matter.

Very truly yours,

*[signature]*

Joseph Mack
Head, U.S. Office of Compliance
Bayer U.S. LLC

////////////////

November 8, 2023

Joseph Mack
Head, U.S. Office of Compliance

Bayer U.S. LLC
100 Bayer Boulevard
Whippany, NJ  07981

joseph.mack@bayer.com

www.bayer.com